22-mj-8240-PGL

**AFFIDAVIT OF JASON E. TAYLOR**

I, Special Agent Jason E. Taylor, depose and state as follows:

**INTRODUCTION**

1.      I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since May 2019.  I am assigned to the Metro Boston Gang Task Force ("MBGTF") of the FBI's Boston Division, where I conduct complex criminal enterprise investigations against violent criminals involved in a myriad of criminal activities to include the illegal distribution of narcotics, firearm trafficking, and associated violent crimes.  Prior to my assignment to the MBGTF I was assigned to the Miami field office division of the FBI where I primarily investigated drug trafficking, specifically, Title 21 U.S.C 841(a) throughout the United States and also internationally in Mexico, Colombia, Dominican Republic, Haiti, and Nicaragua. Prior to joining the FBI, I spent four years as a United States Army Infantry Officer where I conducted International Counter Terrorism and Counter Narcotics missions throughout the Middle East in furtherance of the Global War on Terrorism ("GWOT").

2.      I am a "federal law enforcement officer" as defined in Rule 41(a)(2)(C) of the Federal Rules of Criminal Procedure, that is, a government agent who is engaged in enforcing the criminal laws of the United States and within a category of officers authorized by the Attorney General to request a search warrant.

3.      Based on my training and experience as an FBI Special Agent, I am familiar with federal firearms laws.  In this regard, I know that it is a violation of 18 U.S.C. §922(g)(1) for any person who has been convicted in any court of a crime punishable by imprisonment for a term exceeding one year to possess in or affecting commerce any firearm or ammunition, or to receive

any firearm or ammunition which has been shipped or transported in interstate or foreign commerce.  As set forth below, there is probable cause to believe that MATTHEW DAVIS ("DAVIS") violated 18 U.S.C. § 922(g)(1) by possessing a firearm and ammunition on or about October 26, 2022 in Boston, MA.

4. The facts in this affidavit come from my personal observations and review of records, my training and experience, and information obtained from other law enforcement officers, witnesses, public records, and database checks. This affidavit is intended to show merely that there is sufficient probable cause for the requested criminal complaint and does not set forth all of my knowledge about this matter.

**PROBABLE CAUSE TO BELIEVE THAT A FEDERAL CRIME WAS COMMITTED**

5. On October 26, 2022, Boston Police Department ("BPD") officers from the Drug Control Unit ("DCU") and Youth Violence Strike Force ("YVSF") arrested DAVIS on several charges pertaining to the unlawful possession of a firearm and ammunition, following an incident in the area of Columbia Road in Boston.

6. On that date, at approximately 1:45pm, officers observed an individual, later identified as DAVIS, with a surgical mask on his face take notice of unmarked BPD cruisers while crossing the median on Columbia Road and walking towards Powellton Road.  That individual appeared to be looking in every direction, in a surveillance-conscious manner.

7. Officers briefly lost sight of that individual, until he appeared from the driveway at ▮▮▮▮▮▮▮▮▮▮▮▮.  At that time, his mask was pulled down and an officer immediately recognized him as DAVIS, a Morse Street gang associate whom the officer had numerous interactions with over the past 20 years. Officers engaged in conversation with DAVIS, who was

sweating profusely and became overly excited in his mannerisms.

8. Based on their observations, BPD officers believed that DAVIS may have discarded a firearm in the driveway of ▮▮▮▮▮▮▮▮, and began to search the driveway, including an unlocked Nissan Maxima. As an officer opened an unlocked door to the Nissan Maxima, DAVIS turned, dropped his backpack, and sprinted away from officers. DAVIS, while running and grabbing his waist, shouted "I got the blick!" Officers were aware, based on their training and experience, that "blick" is a slang term for a firearm. DAVIS was eventually placed in custody by officers on the platform of the Four Corners MBTA station.

9. During the subsequent investigation, officers located several items of significance and seized them as evidence, including;

    a. a black Taurus 9mm semi-automatic firearm, loaded with 11 rounds of ammunition and bearing serial number ACD74904 (located under the passenger seat of the Nissan Maxima).

10. Officers also spoke with the owner [1] of the Nissan Maxima, who lived at ▮▮▮▮▮▮▮▮ and provided her information to police officers. She became visibly upset when told that a firearm had been found inside her vehicle and stated "I don't have any guns!" When asked if there was any reason that a firearm would be in her vehicle, she replied "No."

11. The firearm was identified as a black Taurus 9mm semi-automatic firearm, loaded with 11 rounds of ammunition and bearing serial number ACD74904. Based upon a review of the firearm and ammunition by a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), I have learned that the firearm and ammunition were all manufactured

---

[1] The owner's identity is known to law enforcement but is redacted here for her privacy. Similarly, the owner's address is also known to law enforcement, but is also redacted for her privacy.

outside of the Commonwealth of Massachusetts, and thus, had to travel in interstate or foreign commerce prior to their recovery on October 26, 2022.

12. I am familiar with DAVIS, who is thirty-one years old and is believed by investigators to be an associate of the Morse Street gang in Boston. I have reviewed DAVIS' criminal record as maintained by the Massachusetts Board of Probation ("BOP") and Interstate Identification Index ("III"). According to those records, in or about 2009, DAVIS was convicted and received a sentence of 84 months in federal prison for possession of cocaine base with intent to distribute, in the United States District Court for the District of Massachusetts, a crime punishable by a term of imprisonment exceeding one year. As a result, I am aware that DAVIS is prohibited under federal law from possessing a firearm and ammunition.

13. Based on the above, I believe that probable cause exists that on or about October 26, 2022, within the District of Massachusetts, MATTHEW DAVIS violated 18 U.S.C. § 922(g)(1) by possessing a firearm and ammunition as a prohibited person.

Signed electronically and sworn to electronically in accordance with Federal Rule of Criminal Procedure 4.1 on December 12th, 2022.

        *Jason E. Taylor /by Paul G. Levenson*
        Jason E. Taylor
        Special Agent
        Federal Bureau of Investigation

Subscribed to via telephone in accordance with Federal Rule of Criminal Procedure 4.1 on December 12th, 2022.

_____
HONORABLE PAUL G. LEVENSON
UNITED STATES MAGISTRATE JUDGE

4