**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**      **Category No.** __II__      **Investigating Agency** __FBI__

**City** __Boston__      **Related Case Information:**

**County** __Suffolk__

Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant __X__
Magistrate Judge Case Number _____
Search Warrant Case Number __22-mj-8148-PGL__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Matthew Davis__      Juvenile:  ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name _____

Address  (City & State) __Boston, MA__

Birth date (Yr only): __1988__  SSN (last4#): __9462__  Sex __M__  Race: __Black__  Nationality: __USA__

**Defense Counsel if known:** _____   Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** __John T. Dawley, Jr.__      Bar Number if applicable _____

**Interpreter:**  ☐ Yes  ☑ No      List language and/or dialect: _____

**Victims:**  ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☑ No

**Matter to be SEALED:**  ☐ Yes  ☑ No

☑ Warrant Requested        ☐ Regular Process        ☑ In Custody

**Location Status:**

**Arrest Date** __10/26/2022__

☐ Already in Federal Custody as of _____ in _____ .
☑ Already in State Custody at __Suffolk County__  ☐ Serving Sentence  ☑ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**  ☑ Complaint        ☐ Information        ☐ Indictment

**Total # of Counts:**  ☐ Petty ——— ☐ Misdemeanor ——— ☑ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☑  **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __12/12/2022__      Signature of AUSA: __/s/ John T. Dawley, Jr.__

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**      Matthew Davis _____

**U.S.C. Citations**

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm and ammunition | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____